## Bokser *v.* Feraco, Appellant.

Argued December 7, 1973. *Robert Rosin,* with him *Stephen I. Weiss,* for appellant; *John David Egnal,* with him *Egnal and Egnal,* for appellee.

Appeal quashed.

SPAULDING, J., absent.